UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIOLET BORDNER          )<br>    Plaintiff                    )<br>                                      )<br>v.                                  )<br>                                      )<br>AMERICAN ADJUSTMENT BUREAU, INC.  )<br>and NWCT EMERGENCY MEDICINE, P.C.  )<br>    Defendants              )<br>_____ ) | CIVIL ACTION NO.:<br>3:13-CV-1852-AWT<br><br><br><br><br><br><br>APRIL 3, 2014 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Violet Bordner, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

          PLAINTIFF, VIOLET BORDNER

          By: /s/Daniel S. Blinn_____
              Daniel S. Blinn, Fed Bar No. (ct02188)
              dblinn@consumerlawgroup.com
              Consumer Law Group, LLC
              35 Cold Spring Rd., Suite 512
              Rocky Hill, CT  06067
              Tel. (860) 571-0408; Fax (860) 571-7457

## CERTIFICATION

      I hereby certify that on this 3rd day of April, 2014, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/Daniel S. Blinn
      Daniel S. Blinn